# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3221

_____

David Gerard Jeep, and heir

*Plaintiff - Appellant*

v.

Government of the United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: October 31, 2016
Filed: December 22, 2016
[Unpublished]

_____

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

David Jeep filed a notice of appeal while this action was pending. After careful review, we dismiss the appeal for lack of appellate jurisdiction because Jeep's notice of appeal did not designate the order, judgment, or part thereof that he was appealing. See Fed. R. App. P. 3(c)(1)(B) (notice of appeal must designate judgment, order, or part thereof being appealed); Smith v. Barry, 502 U.S. 244, 248 (1992) (Rule 3

requirements are jurisdictional).  We also deny as moot Jeep's pending motion for leave to appeal in forma pauperis.

_____